IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| ANDREA BUZAS,<br><br>      Plaintiff,<br><br>v.<br><br>LYFT, INC., and PATRICK "DOE"<br><br>      Defendants. | LAW NO.<br><br><br>PETITION AT LAW<br>AND JURY DEMAND |

**COME NOW** Plaintiff, Andrea Buzas, and for her cause of action against the Defendant, Lyft, Inc. and Defendant Patrick Doe states:

### JURISDICTIONAL AND FACTUAL ALLEGATIONS

1. Plaintiff, Andrea Buzas, (hereinafter referred to as "Plaintiff") was at all times material hereto, a resident of Elmhurst, New York.

2. Defendant Lyft, Inc. (hereinafter referred to as "Defendant Lyft"), was at all times material hereto, a Code 490 Foreign Profit Company licensed to do business in the State of Iowa.

3. Defendant Patrick "Doe" (hereinafter referred to as Doe), was employed as an independent contractor authorized to drive for Defendant Lyft, and was driving a Honda Civic vehicle that Plaintiff was a passenger in.  Plaintiff attempted to get the driver's full name from Lyft, Inc. but has not been able to obtain that.  (see Exhibit A)

4. On June 25, 2022, Plaintiff exited the Defendant's vehicle and Doe did not wait for her to clear the vehicle, and ran over her foot/ankle.

5. As a proximate result of the Defendants' negligence, Plaintiff sustained serious permanent injuries.

6. The amount in controversy exceeds the jurisdictional amount set forth in Iowa Code chapter 631.

1

**Exhibit A**

7. Venue in Polk County, Iowa is proper pursuant to Iowa Code §616.18

## COUNT I:  RESPONDEAT SUPERIOR – DEFENDANT LYFT

**COMES NOW** Plaintiff, and in support of Count I of her cause of action against Defendant state:

8. Plaintiff re-pleads and re-alleges each of the allegations set forth in paragraphs 1 through 7 of the Jurisdictional and Factual Allegations of this Petition and incorporates the same by reference as though fully set forth herein.

9. Defendant Lyft provides a technological platform on which paying ride-seekers are linked with authorized drivers.

10. At the time of the subject incident, Defendant Driver Doe was operating his vehicle in the course and scope of his employment with Defendant Lyft.  Defendant Lyft hired Defendant Driver Doe to operate his vehicle in the furtherance of Defendant Lyft's business.

11. Defendant Lyft is liable for the injuries and damages caused by Defendant Doe's negligence under the doctrine of respondeat superior because an employer is vicariously liable for the torts of an employee committed within the course and scope of employment with the employer.

12. On June 25, 2022, Defendant Lyft, by and through their employees, agents and/or servants, acting within the scope of their employment, agency and/or service on behalf of Defendant, were negligent in one or more of the following respects:

   a. Failure to have the subject vehicle under control;

   b. Failure to exercise reasonable care to keep passengers safe;

**Exhibit A**

13. As a direct and proximate result of the negligence of Defendant Lyft, Plaintiff has suffered permanent injuries and hereby make claims for the following elements of loss and damages:

a) Past medical expenses
b) Future medical expenses;
c) Past physical pain and mental suffering, including loss of enjoyment of life;
d) Future physical pain and mental suffering, including loss of enjoyment of life;
e) Past loss of function of the body;
f) Future loss of function of the body;
g) Out of pocket expenses; and
h) Any other element of loss recognized by Iowa law, but not particularly set forth herein.

**WHEREFORE**, Plaintiff respectfully requests the Court to enter judgment her favor against Defendant Lyft in an amount which would reasonably compensate her for her injuries and damages, together with interest thereon at the maximum legal rate plus the costs of this action, and such other and further relief as this Court deems appropriate.

### COUNT II: NEGLIGENCE – DEFENDANT DRIVER DOE

COMES NOW the Plaintiff, and in support of her cause of action set forth in Count II against Defendant, states:

14. Plaintiff re-pleads and re-alleges each of the allegations set forth in Paragraphs 1 through 7 of the Jurisdictional and Factual Allegations of this Petition at Law and incorporates the same by reference as though fully set forth herein.

15. At the time and place of the incident, Defendant Doe was driving Honda Civil transporting passengers under the authority and permission of his employer, Defendant Lyft and within the course and scope of his employment with Defendant Lyft.

**Exhibit A**

16. At the time and place of the incident, Defendant Doe was negligent in one or more of the following particulars:

    a. Failure to have his vehicle under control;

    b. Failure to exercise reasonable care to keep passengers safe;

17. The negligence of Defendant Doe was the proximate cause of the resulting injuries sustained by Plaintiff.

18. As a direct and proximate result of the negligence of Defendant Doe, Plaintiff has suffered permanent injuries and hereby makes claims for the following elements of loss and damages:

    a) Past medical expenses
    b) Future medical expenses;
    c) Past physical pain and mental suffering, including loss of enjoyment of life;
    d) Future physical pain and mental suffering, including loss of enjoyment of life;
    e) Past loss of function of the body;
    f) Future loss of function of the body;
    g) Out of pocket expenses; and
    h) Any other element of loss recognized by Iowa law, but not particularly set forth herein.

WHEREFORE, the Plaintiff, respectfully requests the Court to enter judgment in her favor and against Defendant Driver Doe in an amount which would fairly and reasonably compensate the Plaintiff for her injuries and damages, together with interest thereon at the maximum legal rate, costs of this action, and such other and further relief as this Court deems appropriate.

**Exhibit A**

Respectfully submitted,

_____
Christopher Johnston    AT0012625
The Law Group of Iowa
*A Johnston Martineau LLP Company*
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Phone: (515) 493-4878
Fax:     (515) 414-7782
Email: CJohnston@JMLegal.com

**ATTORNEY FOR PLAINTIFF**

5

# Exhibit A